BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JUSTIN EUGENE WELLS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:10-cv-01189 **LJO** GSA<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have an extension of time up to and including April 25, 2011, in which to file a response to Plaintiff's Motion for Summary Judgment. The extension is necessary because the Special Assistant United States Attorney for the Commissioner will be out of the office on medical leave for two orthopedic surgical procedures from March 18 until April 4, 2011 and upon her return, she has two Ninth Circuit oral arguments to prepare for. In the weeks prior to this absence, counsel has had to complete two Ninth Circuit briefs and four district court briefs, two of which had already been extended. Given this workload, counsel was unable to complete the Commissioner's brief in this case by the original, March 16, 2011 due date.

The parties submit that this matter should then proceed in accordance with the original case management order.

Respectfully submitted,

Dated: March 15, 2011

/s/Robert Ishikawa
ROBERT ISHIKAWA
(as authorized via telephone 3/15/11)
Attorney at Law

Attorney for Plaintiff

Dated: March 15, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Elizabeth Firer
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

In accordance with the Stipulation of the parties filed on this date, the Commissioner shall have an extension of time to and including April 25, 2011, within which to file a response to Plaintiff's brief filed February 14, 2011.  Following the filing of the Commissioner's opposition, Plaintiff shall then have fifteen days within which to file a reply.

IT IS SO ORDERED.

Dated:   **March 15, 2011**          /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE