IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EUGENE WELLS,          )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     vs.                      )<br>                              )<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security,           )<br>                              )<br>     Defendant.             )<br>_____) | 1:10-cv-1189 LJO GSA<br><br>ORDER TO SHOW CAUSE |

    On June 25, 2010, Plaintiff filed the present action in this Court. (Doc. 1). Plaintiff seeks review of the Commissioner's denial of an application for benefits. On July 1, 2010, the Court issued a Scheduling Order. (Doc. 6). The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. In the event Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief. Thereafter, Defendant is to file a response to Plaintiff's opening brief within thirty days. (Doc. 6, ¶ 7).

    On November 9, 2010, Defendant lodged the administrative record. (Doc. 15). On February 14, 2011, Plaintiff filed his opening brief. (Doc. 16). On March 15, 2011, the parties filed a

1  stipulation that Defendant be permitted to respond to Plaintiff's opening brief no later than April 25,
2  2011. (Doc. 17). The Court adopted the stipulation on March 16, 2011. (Doc. 18). However, to
3  date, Defendant has failed to file an opposition brief and the parties have not stipulated to an
4  extension of time for such filing.

5        Therefore, Defendant is ordered to show cause why sanctions should not be imposed for a
6  failure to comply with this Court's order signed on March 16, 2011. (Doc. 18). Defendant is
7  ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the
8  date of this Order.   If Defendant desires more time to file a brief, it should so state in the response.
9        Failure to respond to this Order to Show Cause could result in the imposition of sanctions.

13  IT IS SO ORDERED.
14  Dated:   **April 27, 2011**          /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE