IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN EUGENE WELLS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:10-cv-01189 LJO GSA <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On April 27, 2011, this Court issued an Order to Show Cause regarding Defendant's failure to file an opposition brief in this matter.  Defendant was ordered to show cause in writing why sanctions should not be imposed for a failure to comply with a Court order.  (Doc. 19.)

On that same date, defense counsel filed a written response wherein she explained a recent knee surgery and subsequent recovery had impacted her ability to fully return to work, and thus, to fully comply with the Court's orders and deadlines.  (Doc. 20.)  The Court accepts counsel's explanation, and notes that an opposition brief was filed on April 27, 2011.  (*See* Doc. 21.)

For the reasons stated above, the order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:  May 12, 2011**                    **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE

1